```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI SELLECHIA,                                    :
                                                    :       22-CV-643 (ALC) (RWL)
                              Plaintiff,            :
                                                    :
              - against -                           :       **ORDER**
                                                    :
NATIONAL RAILROAD PASSENGER,                        :
CORPORATION (AMTRAK)                                :
                                                    :
                              Defendant.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 10, 2022, a Case Management Plan and Scheduling Order was issued in this case requiring the parties to submit a joint status letter every 60 days.  (Dkt. 15.) The first of these status letters was due on May 9, 2022, but to date no status letter has been filed.  By **June 7, 2022**, the parties shall file a joint status letter and shall continue to file a joint status letter every 60 days thereafter.


SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1